```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 29813
   TORRANCE D LITTLES
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-9522


-----------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      The case was filed on 08/11/2004 and was confirmed 10/14/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  55.34% from remaining funds.

      The case was dismissed after confirmation 06/28/2007.
-----------------------------------------------------------------------------
 CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID            PAID
-----------------------------------------------------------------------------
 COMMONWEALTH EDISON         UNSECURED       NOT FILED          .00             .00
 ALVERNO RECEIVABLES         UNSECURED       NOT FILED          .00             .00
 CITY OF CHICAGO PARKING     UNSECURED       NOT FILED          .00             .00
 ILLINOIS DEPT OD REVENUE    UNSECURED       NOT FILED          .00             .00
 ILLINOIS DEPT OD REVENUE    UNSECURED       NOT FILED          .00             .00
 ILLINOIS DEPT OD REVENUE    UNSECURED       NOT FILED          .00             .00
 CITY OF CHICAGO PARKING     UNSECURED       NOT FILED          .00             .00
 AT&T                        UNSECURED       NOT FILED          .00             .00
 ST FRANCIS ER PHYSICIANS    UNSECURED       NOT FILED          .00             .00
 ST FRANCIS ER PHYSICIANS    UNSECURED       NOT FILED          .00             .00
 PEOPLES ENERGY/GAS          UNSECURED       NOT FILED          .00             .00
 PROVIDIAN                   UNSECURED       NOT FILED          .00             .00
 PROVIDIAN                   UNSECURED       NOT FILED          .00             .00
 TAXMASTERS                  UNSECURED       NOT FILED          .00             .00
 TERRANOVA PROPERTIES        UNSECURED       NOT FILED          .00             .00
 CITY OF CHICAGO PARKING     UNSECURED        5120.00           .00         1847.09
 ERNESTO D BORGES JR         DEBTOR ATTY     1,600.00                       1,600.00
 TOM VAUGHN                  TRUSTEE                                          192.91
 DEBTOR REFUND               REFUND                                           260.00

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                      RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------------
 TRUSTEE              3,900.00

 PRIORITY                                     .00
 SECURED                                      .00
 UNSECURED                                1,847.09
 ADMINISTRATIVE                           1,600.00
 TRUSTEE COMPENSATION                       192.91
 DEBTOR REFUND                              260.00

                   PAGE   1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 29813 TORRANCE D LITTLES
```

```
                              ---------------        ---------------
TOTALS                             3,900.00               3,900.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 12/13/07               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE